NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0001092
19-JUL-2012
08:42 AM

NO. CAAP-11-0001092

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FEDERAL NATIONAL MORTGAGE ASSOCIATION,
Plaintiff-Appellee,
v.
LUCY ANN ALMEIDA, DAVID LEROY KALIMA, SR.,
and PATRICIA KALIMA, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(DC CIVIL NO. 11-1-1515)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) on December 28, 2011, Defendants-Appellants Lucy Ann Almeida, David Leroy Kalima, Sr., and Patricia Kalima (Appellants) filed a notice of appeal; (2) the record on appeal was filed on February 27, 2012, and the appellate clerk informed Appellants that the jurisdictional statement was due March 12, 2012 and the opening brief was due April 10, 2012; (3) Appellants did not file

either document; (4) on June 28, 2012, the appellate clerk informed Appellants that: (a) the time for filing the statement of jurisdiction and the opening brief expired; (b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on July 8, 2012 for such action as the court deems proper; and (c) the appeal may be dismissed; and (5) thereafter, Appellants did not file the statement of jurisdiction and opening brief or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, July 19, 2012.

Presiding Judge

Associate Judge

Associate Judge